UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MIGUEL T.G., | Case No. 26-CV-243 (NEB/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; and DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Miguel T. by no later than January 16, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

d. Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Andres R.E. v. Bondi*, No. 25-CV-3946 (NEB/DLM), 2025 WL 3146312 (D. Minn. Nov. 4, 2025).

3. If Petitioner intends to file a reply to respondents' answer, he must do so by no later than January 20, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 14, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge